UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FERRILL J. VOLPICELLI,<br><br>　　　　　　　　Petitioner,<br>　　v.<br><br>ROBERT LeGRAND, et al.,<br><br>　　　　　　　　Respondents. | Case No. 3:14-cv-00579-MMD-VPC<br><br>ORDER |

　　　On May 15, 2015, this Court entered a final order and judgment dismissing this case without prejudice because petitioner had failed to secure an order from the court of appeals authorizing a successive petition as required by 28 U.S.C. § 2244(b)(3). (Dkt. nos. 5 and 7.) Apparently not having received notice of the Court's dismissal, petitioner filed a motion that was filed herein on May 18, 2015, and two more that were filed on May 21, 2015. (Dkt. nos. 8, 11, and 12.) None of these motions would cause the Court to reconsider the dismissal of this action. Moreover, the Ninth Circuit has since denied petitioner's request for a certificate of appealability. (Dkt. no. 16.)

　　　It is therefore ordered that petitioner's motions (dkt. nos. 8, 11, and 12) are denied as moot.

　　　DATED THIS 17th day of March 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE