# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FERRILL J. VOLPICELLI,<br><br>             Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>             Respondents. | Case No. 3:14-cv-00579-MMD-VPC<br><br>ORDER |

This is a habeas corpus action under 28 U.S.C. § 2254. On February 20, 2018, this Court entered an order granting Petitioner's motion to reopen these proceedings. (ECF No. 42.) That order included the following instructions:

> To avoid having a piecemeal pleading before the Court, petitioner will be required to file an amended petition for writ of habeas corpus that includes *all* his claims and does not incorporate portions of prior pleadings by reference. Petitioner will also be required to use the Court's approved form when he files his amended petition.

(*Id*. at 2 (emphasis in original).)

Despite this straightforward and unequivocal directive, Petitioner filed instead a "supplement" to his petition (ECF No. 43), a motion for leave to supplement petition (ECF No. 44), and a motion to strike his "improperly prepared and filed documents" (ECF No. 45).

The Court will provide Petitioner with *one* more opportunity to file an amended petition that complies with the Court's requirements.

///

1 It is therefore ordered that Petitioner will have thirty days (30) days from the date this order is entered within which to file with the Court an amended petition on the Court's approved form that includes *all* of his claims and does not incorporate portions of prior pleadings by reference. Petitioner is *not* required to resubmit exhibits but may instead to cite existing exhibits in the record.

It is further ordered that if Petitioner fails to respond to this Order in the time and manner provided above, the Court will conclude that Petitioner does not desire to pursue this matter, and will enter an order dismissing this case, without prejudice.

It is further ordered that the Clerk send Petitioner a noncapital Section 2254 habeas petition form and one copy of the instructions for the form.

It is further ordered that the Clerk send Petitioner a copy of his initial petition (ECF No. 6, pages 1-128) and his additional claims (ECF Nos. 9 and 43).

It is further ordered that Respondents will not be required to respond to the amended petition until directed to do so by the Court.

It is further ordered that Petitioner's motion for leave to supplement petition (ECF No. 44) and motion to strike (ECF No. 45) are denied.

DATED THIS 23rd day of April 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE