1

2

3

4

5

6                              UNITED STATES DISTRICT COURT

7                                   DISTRICT OF NEVADA

8                                          * * *

9    FERRILL J. VOLPICELLI,                      Case No. 3:14-cv-00579-MMD-VPC

10                          Petitioner,                          ORDER

               v.
11
     RENEE BAKER, *et al.*,
12
                            Respondents.
13

14          On May 8, 2018, Petitioner filed an amended petition for writ of habeas corpus in

15   this action brought under 28 U.S.C. § 2254. (ECF No. 49.) Accordingly, the Court will

16   schedule further proceedings.

17          It is therefore ordered that Respondents will file a response to the amended petition,

18   including potentially a motion to dismiss, within ninety (90) days of the date of this order,

19   with any requests for relief by Petitioner by motion otherwise being subject to the normal

20   briefing schedule under the local rules. Any response filed will comply with the remaining

21   provisions below and Rule 5 of the Rules Governing Habeas Corpus Cases Under Section

22   2254.

23          It is further ordered that if Respondents file an answer, Petitioner will have sixty (60)

24   days from the date on which the answer is served on him to file and serve a reply. If

25   Respondents file a motion to dismiss, Petitioner will have sixty (60) days from the date on

26   which the motion is served on him to file and serve a response to the motion to dismiss,

27   and Respondents will, thereafter, have thirty (30) days to file a reply in support of the

28   motion.

It is further ordered that any additional state court record exhibits filed herein by either Petitioner or Respondents will be filed with a separate index of exhibits identifying the exhibits by number. The CM/ECF attachments that are filed further will be identified by the number or numbers of the exhibits in the attachment. The hard copy of any additional state court record exhibits will be forwarded – for this case – to the staff attorneys in Reno.

DATED THIS 9th day of May 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE