UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| FERRILL J. VOLPICELLI, | Case No. 3:14-cv-00579-MMD-CBC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Pending before the Court are three motions filed by Respondents: a motion to strike (ECF No. 53) and two motions for extension of time to respond to Petitioner's amended petition (ECF Nos. 54, 56).

With their motion to strike, Respondents ask the Court to strike Petitioner's letter filed on June 19, 2018 (ECF No. 52), which asks the Court to issue several subpoenas. Respondents are correct that Petitioner has not made the necessary showing to permit him to engage in discovery. *See Bracy v. Gramley*, 520 U.S. 899, 908–09 (1997) (recognizing that Rule 6(a) of the Rules Governing § 2254 Cases requires a showing of good cause for a habeas petitioner to be entitled to discovery). Rather than striking the letter from the record, however, the Court will merely decline to issue the subpoenas.

As for the motions for extension of time, the Court is satisfied that the requests are in good faith and not solely for the purpose of delay. Thus, the requests will be granted.

It is therefore ordered that Respondents' motion to strike (ECF No. 53) is denied. The Court will not, however, issue the subpoenas attached to Petitioner's letter filed June 19, 2018 (ECF No. 52).

1  It is further ordered that Respondents' first motion for extension of time to respond to the amended petition (ECF No. 54) is granted *nunc pro tunc* as of August 7, 2018. Respondents' second motion for extension of time to respond to the amended petition (ECF No. 56) is also granted. Respondents will have until November 15, 2018, to file and serve their response to Petitioner's amended petition (ECF No. 49).

It is further ordered that the Clerk of Court send Petitioner a copy of the amended petition (ECF No. 49) and a copy of the docket report for this case.

DATED THIS 19th day of October 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE