UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FERRILL J. VOLPICELLI,<br><br>                 Petitioner,<br>     v.<br>RENEE BAKER, *et al.*,<br><br>                 Respondents. | Case No. 3:14-cv-00579-MMD-CBC<br><br>ORDER |

On November 5, 2018, Respondents filed a motion for more definite statement ("Motion"). (ECF No. 59.) In their Motion, Respondents point out that Petitioner's amended petition (ECF No. 49) cites the judgment in case number CR98-2160 as the judgment of conviction Petitioner seeks to challenge but that the relevant judgment in this matter thus far has been the judgment of conviction in case number CR03-1263.

In response to the Motion, Petition concedes he made a clerical error and that he does, in fact, seek relief with respect to the judgment of conviction in CR03-1263. (ECF No. 60.)

It is therefore ordered that, with Petitioner's clarification, Respondents' motion for more definite statement (ECF No. 59) is denied as moot.

///

///

///

///

///

It is further ordered that Respondents will have 60 days from the date this order is entered within which to file and serve their response to Petitioner's amended petition (ECF No. 49).

DATED THIS 31st day of January 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE