UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FERRILL J. VOLPICELLI,<br><br>                Petitioner,<br>    v.<br>RENEE BAKER, *et al.*,<br><br>                Respondents. | Case No. 3:14-cv-00579-MMD-CBC<br><br>SCHEDULING ORDER |

Respondents have filed a motion to dismiss (ECF No. 68) in response to Petitioner's amended petition for writ of habeas corpus (ECF No. 49).

It is ordered that Petitioner will have 60 days from the date this order is entered to file and serve a response to the motion to dismiss, and Respondents will, thereafter, have 30 days to file a reply in support of the motion.

It is further ordered that Respondents' motions for extensions of time (ECF Nos. 65–67) are granted *nunc pro tunc* as of their respective filing dates.

It is further ordered that the Court's minute order entered May 31, 2019, (ECF No. 76) is stricken.

DATED THIS 4th day of June 2019.

                                                  MIRANDA M. DU
                                                  UNITED STATES DISTRICT JUDGE